HEATHER O. BOSCO *v.* DANIEL B. REGAN ET AL.

The petition by the defendant Melissa's Cafe, LLC, for certification for appeal from the Appellate Court, 102 Conn. App. 686 (AC 27808), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Catherine A. Stewart*, in support of the petition.

*William F. Beckert, Jr.*, in opposition.

Decided September 12, 2007